THOMAS J. KEENAN v. COMMISSIONERS OF NEW HANOVER COUNTY AND I. B. RHODES.

(Filed 22 April, 1915.)

**Judgment—Strangers—Estoppel—Divisional Line of Lands—Chain of Title— Evidence.**

A judgment roll is incompetent as evidence to estop in a separate action one who was not a party from claiming a different divisional line of lands than therein established, though held, in this case, as competent to be shown as a mere link in the plaintiff's chain of title.

*Ricaud & Jones and E. K. Bryan for plaintiff.*

*J. O. Carr and J. D. Bellamy for Rhodes.*

*Kenan & Stacy for commissioners.*

PER CURIAM. This is a petition to rehear the above cause, reported 167 N. C., 357. On the trial the court permitted the introduction of a judgment roll in the case of Thomas J. Keenan v. City of Wilmington and Louisa G. Wright.

We hold that the said judgment roll was not competent evidence for the purpose of locating the division line between the plaintiff's land and

that of the defendant Rhodes, it appearing that Rhodes was not a party to the said action and not bound by the judgment.

Such judgment is not competent for the purpose of estopping Rhodes in locating the division line between him and the plaintiff. If it is to be used as a mere link in the plaintiff's chain of title, it is competent for that purpose.

The petition to rehear is
Dismissed.